## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARCO ANTONIO LOZADA ALFONZO,

     Petitioner,

v.

WARDEN, Otero County Processing Center;
MARY DE ANDA YBARRA, in her official
capacity as El Paso Field Office Director,
U.S. Immigration and Customs Enforcement;
ACTING DIRECTOR of the U.S.
Immigration and Customs Enforcement;
TODD BLANCHE, in his official capacity as
Acting Attorney General of the United
States; and MARKWAYNE MULLIN, in his
official capacity as Secretary of the U.S.
Department of Homeland Security,

     Respondents.

Case No. 2:26-cv-01716-MIS-KRS

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Denying Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Respondents Warden, Otero County Processing Center, Mary De

Anda-Ybarra, Acting Director, U.S. Immigration and Customs Enforcement, Todd Blanche, and

Markwayne Mullin, and against Petitioner Marco Antonio Lozada Alfonzo.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE